CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR10-24RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | GRANTING DEFENDANT |
| | ) | JOHNSON'S MOTION TO |
| | ) | SEAL EXHIBIT 3 |
| MICHAEL A. JOHNSON | ) | [18 U.S.C. § 3582(c)(1)(A)(i)] |
| Defendant | ) | |

The Court, having considered the motion by defendant Johnson for entry of an order sealing Exhibit 3 to his motion to reduce sentence, finding sealing of the document is appropriate, does hereby

ORDER  defendant Johnson's motion to seal Exhibit 3 is granted and it shall be filed under seal.

Done this 8th day of December, 2021.

*[signature]*
RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING JOHNSON'S
MOTION TO SEAL DOCUMENT

TERRENCE KELLOGG
P.O. Box 633
PORT TOWNSEND, WASHINGTON 98368
(206) 491-9003