CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> ) <br> ) <br> MICHAEL A. JOHNSON ) <br> Defendant ) | NO. CR 10-0024 RSM <br><br> ORDER <br> GRANTING LEAVE <br> TO SUPPLEMENT <br> DEFENDANT JOHNSON'S <br> MOTION TO REDUCE <br> SENTENCE <br> [ 18 U.S.C. § 3582(c)(1)(A)(i)] |

Defendant MICHAEL A. JOHNSON, through counsel, Terry Kellogg, having moved the Court for entry of an order granting leave for Johnson to supplement the record as to his Motion to Reduce Sentence, docket numbers 110 and 123, the Ccourt having considered the response of the government, if any, and being familiar with the records and files herein, does HEREBY

ORDER LEAVE GRANTED to supplement the record in accordance with the motion filed.

Dated this 4th day of February, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT
JUDGE

ORDER HGRANTING LEAVE OF COURT  
TO SUPPLEMENT MOTION TO REDUCE SENTENCE

TERRENCE KELLOGG  
P.O. Box 633  
PORT TOWNSEND, WASHINGTON 98368  
(206) 491-9003