CHIEF JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 10-0024 RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| | ) | GRANTING SECOND |
| | ) | LEAVE TO SUPPLEMENT |
| | ) | DEFENDANT JOHNSON'S |
| | ) | MOTION TO |
| MICHAEL A. JOHNSON | ) | REDUCE SENTENCE |
| Defendant | ) | [ 18 U.S.C. § 3582(c)(1)(A)(i)] |

Defendant MICHAEL A. JOHNSON, through counsel, Terry Kellogg, having moved the Court for entry of an order granting a second leave for Johnson to supplement the record as to his Motion to Reduce Sentence, docket numbers 110 and 123, the Court having considered the response of the government, if any, and being familiar with the records and files herein, does HEREBY

ORDER SECOND LEAVE GRANTED to supplement the record in accordance with the motion filed.

Dated this 21st day of March, 2022.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING SECOND LEAVE OF COURT
TO SUPPLEMENT MOTION TO REDUCE SENTENCE  p. 1

TERRENCE KELLOGG
P.O. Box 633
PORT TOWNSEND, WASHINGTON 98368
(206) 491-9003