JUDGE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 10-0024 RSM |
| Plaintiff, | ) | |
| v. | ) | AGREED ORDER OF |
| | ) | RELEASE ON EXISTING |
| MICHAEL A. JOHNSON | ) | AND NEW CONDITIONS |
| | ) | FOR SUPERVISED RELEASE |
| Defendant | ) | VIOLATIONS |

Noted: April 12, 2024

THE UNITED STATES OF AMERICA, through Assistant United States Attorney Sarah Vogel, the Defendant MICHAEL A. JOHNSON, through counsel, Terrence Kellogg, having agreed to this Order of Release based upon the hearing before the Court on April 5, 2024, the Court being familiar with the history of this case and the records and files in this manner, does hereby:

**ORDER** Defendant MICHAEL A. JOHNSON shall be released from FDC Seatac to the custody of a representative from American Behavioral Health Systems at 9:45 A.M. on Tuesday, April 16, 2024, for transportation to and entry into inpatient treatment at their facility; and

The defendant shall participate in and successfully complete inpatient treatment at a facility approved by Pretrial Services. Defendant must comply with facility rules and follow any aftercare recommendations as directed by Pretrial Services. The defendant shall not abort treatment without prior approval

of Pretrial Services. Pretrial Services will coordinate the defendant's release with the U.S. Marshals.

And does further

**ORDER** that JOHNSON continues to be subject to all existing terms and conditions of supervised release as previously imposed, and shall be subject to location monitoring through the United States Probation Office for up to 60 days as determined and directed by his United States Probation Officer and as arranged by Probation following his release from inpatient treatment. Defendant JOHNSON shall have no contact, direct or indirect, with the alleged victim or witnesses involved in the August 27, 2024, incident in Pierce County, as identified in police reports provided to JOHNSON and counsel, except if accompanied by defense counsel, and shall not be on or within 1000 feet of their residences and premises until further order of the Court.

Presented by:

s/ *Terrence Kellogg*
Terrence Kellogg, WSBA # 6452
Attorney for M. Johnson
P.O. Box 366
Port Townsend. WA. 98368                                                                                           E-Mail: terrykellogg@gmail.com

Approved for Entry:

s/   *SV by T. Kellogg as authorized*
Sarah Vogel, AUSA WDWA

DATED this 12th day of April, 2024.

_____
RICARDO S. MARTINEZ
DISTRICT COURT JUDGE, WDWA